UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Osny Yael Zaldivar-Valladares (A-Number: 206-020-421),

Petitioner,

v.

California City Immigration Processing Center, et al.,

Respondents.

Case No. 1:26-cv-08429-KES-GSA

ORDER APPOINTING COUNSEL

On October 13, 2026, petitioner Osny Yael Zaldivar-Valladares, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, and an emergency motion for temporary restraining order, Doc. 3, through next friend Elizabeth A. Pino.

The Court has conducted a preliminary review of the petition and motion for temporary restraining order. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, the Court ORDERS that:

1. Counsel is APPOINTED for petitioner;
2. The Clerk of the Court shall serve a copy of this order and a copy of the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov, and counsel will be added as counsel for petitioner;
4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;
5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and
6. Within fourteen (14) days of the date of service of this order, petitioner's appointed counsel shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule. Petitioner's counsel may file an amended petition and motion for temporary restraining order, if necessary.
7. Pending the court's decision, and unless and until the court orders otherwise, respondents shall not transfer petitioner out of this district. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). This order does not prohibit the temporary transfer of petitioner outside of the district for urgent medical care, though petitioner shall be returned to the district upon the conclusion of such care. Respondents shall notify the court of any such transfer out of the district.

IT IS SO ORDERED.

Dated: October 21, 2026

UNITED STATES DISTRICT JUDGE